[Nos. 13278-8-II; 16361-6-II. Division Two. July 6, 1993.]

NANCY NEWTH GREENFIELD, *Respondent*, v. GERALD Q. GREENFIELD, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 86-3-03346-6, Rosanne Buckner, J., entered August 17, 1992. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 15200-2-II. Division Two. July 6, 1993.]

PAIN DIAGNOSTICS AND REHABILITATION ASSOCIATES, *Respondent*, v. KING COUNTY MEDICAL BLUE SHIELD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-09624-0, Donald H. Thompson, J., entered June 28, 1991. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Alexander, C.J., and Seinfeld, J.

[No. 15204-5-II. Division Two. July 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY WAYNE JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-1-02784-0, Thomas R. Sauriol, J., entered July 22, 1991. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Alexander, C.J., and Morgan, J.

[No. 16067-6-II. Division Two. July 6, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD L. THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-1-00975-9, Barbara D. Johnson, J., entered May 15, 1992. *Vacated* and *remanded* by unpublished per curiam opinion.